UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SOLOMON DANHI,       JUDGMENT
            Petitioner,      03-CV- 2646 (CBA)

  -against-

UNITED STATES OF AMERICA,

            Respondent.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 5 - 2005
TIME A.M. / P.M. _____

    A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 2, 2005, denying petitioner's motion for a writ of <u>coram</u> <u>nobis</u>; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying petitioner's motion for a writ of <u>coram</u> <u>nobis</u>.

Dated: Brooklyn, New York
        May 04, 2005

                                                         ROBERT C. HEINEMANN
                                                         Clerk of Court